# JULY TERM, 1863, AT LANSING.

## Hiram R. Johnson and others v. The Provincial Insurance Company of Toronto.

Where a party has given notice of a motion which he declines to call up, costs of the motion will be awarded against him.

*Heard and decided July 14th.*

*A. B. Maynard* called the attention of the Court to a notice which had been served upon him of a motion to be made this day to dismiss the case for irregularity; and stated that he was now ready to argue the motion. He understood counsel to decline to take it up, and if so, he asked costs of the motion.

*A. Russell, contra,* said that the papers on the motion had been sent to him, but on examination he was satisfied there was no irregularity, and therefore declined to make the motion.

THE COURT held the party appearing to oppose the motion entitled to costs, if the motion was not made.